IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANDREW HANTZIS, #45212-057                                          PETITIONER

VERSUS                                     CIVIL ACTION NO. 5:09cv16-DCB-MTP

ERIC HOLDER, Attorney General;
BARACK OBAMA, President;
and BRUCE PEARSON, Warden                                        RESPONDENTS

## **FINAL JUDGMENT**

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 shall be dismissed with prejudice without an evidentiary hearing and his conditions of confinement claims are dismissed without prejudice so that the petitioner may pursue those claims in the proper manner.

SO ORDERED AND ADJUDGED this the   30th   day of   March  , 2009.

                                                              s/ David Bramlette
                                                     UNITED STATES DISTRICT JUDGE